[No. 40216-1-I.    Division One.    January 26, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. RYAN
ALEX SAVAGE, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 96-8-07240-2, Patricia Hall Clark, J. Pro Tem.,
entered January 23, 1997. *Affirmed* by unpublished per
curiam opinion.

[No. 15528-5-III.    Division Three.    January 27, 1998.]

DONALD L. STICKLEY, *Appellant*, v. THE DEPARTMENT
OF LABOR & INDUSTRIES, *Respondent*.

Appeal from a judgment of the Superior Court for Ben-
ton County, No. 94-2-00116-4, Duane E. Taber, J., entered
January 25, 1996. *Affirmed* by unpublished opinion per
Schultheis, C.J., concurred in by Kurtz and Brown, JJ.

[No. 16032-7-III.    Division Three.    January 27, 1998.]

RONALD D. FRAGNER, *Respondent*, v. WALLACE
CUTLER, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Ben-
ton County, No. 95-2-01057-9, Dennis D. Yule, J., entered
August 14, 1996. *Affirmed* by unpublished opinion per
Schultheis, C.J., concurred in by Sweeney and Kato, JJ.

[No. 16251-6-III.    Division Three.    January 27, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. ISRAEL
VALENCIA ESPINOZA, *Appellant*.

Appeal from a judgment of the Superior Court for
Yakima County, No. 96-1-00884-8, Michael W. Leavitt, J.,
entered November 15, 1996. *Affirmed* by unpublished
opinion per Schultheis, C.J., concurred in by Kurtz and
Brown, JJ.